```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                      ORDER
     - v. -                      :
                                      23 Cr. 601
ODOGWU BANYE MMOBUOSI,           :
     a/k/a "Dozy Mmobuosi,"
                                 :
          Defendant.
                                 :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the Government, it is found that the indictment in the above-captioned action (the "Indictment") is currently sealed;

It is therefore ORDERED that the Indictment be unsealed today; and

It is further ORDERED that the case be assigned to a United States District Judge, and that the assignment be from Wheel B.

Dated:  New York, New York
        January 2, 2024

_____
THE HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK